# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, | Case No. 4:20-cv-10107-SDD-DRG |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| DIPLOMAT PHARMACY, INC., BRIAN GRIFFIN, PHILIP R. HAGERMAN, BENJAMIN WOLIN, REGINA BENJAMIN, DAVID C. DREYER, KENNETH KLEPPER, and SHAWN C. TOMASELLO, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

Dated: March 13, 2020                                        WEISSLAW LLP

                                                                                 /s/ Richard A. Acocelli
                                                                                 Richard A. Acocelli
                                                                                 1500 Broadway, 16th Floor
                                                                                 New York, New York 10036
                                                                                 Tel: (212) 682-3025
                                                                                 Fax: (212) 682-3010
                                                                                 Email:racocelli@weisslawllp.com

                                                                                 *Attorneys for Plaintiff*