UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEPHEN BUSHANSKY,

      Plaintiff,                               Case No. 20-10107

v.                                          Stephanie Dawkins Davis
                                              United States District Judge

DIPLOMAT PHARMACY, INC., *et al*,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Date: April 20, 2020                 s/Stephanie Dawkins Davis
                                            Stephanie Dawkins Davis
                                            United States District Judge